JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ALVARO HUMBERTO ARIAS ORTEGA,

   Petitioner,

  v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

   Respondents.

No. 5:26-cv-03114-BFM

**JUDGMENT**

 Pursuant to the Order Denying Petition (ECF 10), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied. The Court directs the Clerk of Court to close this case.

DATED:  JUNE 24, 2026



   HON. BRIANNA FULLER MIRCHEFF
   UNITED STATES MAGISTRATE JUDGE